THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL NEWSOME, Appellant. (Appeal No. 2.) [32 NYS3d 537]— Appeal from a judgment of the Wayne County Court (Daniel G. Barrett, J.), rendered January 8, 2015. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the first degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Newsome* ([appeal No. 1] 140 AD3d 1695 [2016]). Present—Smith, J.P., Carni, DeJoseph, Curran and Troutman, JJ.